IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE N. HARRIS,

      Plaintiff,                  No. CIV S-06-2060 DFL EFB PS

      vs.

MICHAEL W. WYNNE,

      Defendant.              <u>ORDER</u>

      Plaintiff is proceeding pro se in this action. By order dated September 15, 2006, this court directed the parties to file a status report fourteen days prior to the Status Conference scheduled for January 17, 2007. Counsel for defendant filed a separate status report on January 3, 2007. Plaintiff filed nothing. Given plaintiff's failure to file a status report, the Status Conference previously set for January 17, 2007 is vacated.

      Plaintiff is ordered to file a status report in accordance with the September 15, 2006 order within ten (10) days of the date of service of this order. Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and for failure to obey court orders.

////

////

1

1 | The Status Conference is RESET to February 21, 2007 at 10:00 a.m. in Courtroom No.
2 | 25. Defense counsel shall notice for hearing on that date the proposed motion to dismiss
3 | referenced in defendant's separate status report.
4 | DATED: January 11, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE