IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE N. HARRIS,

     Plaintiff,                           CIV-S-06-2060 DFL EFB PS

    vs.

MICHAEL W. WYNNE,

     Defendant.                       <u>ORDER</u>

_____/

        On April 10, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1 | Accordingly, IT IS ORDERED that:

2 | 1. The proposed Findings and Recommendations filed April 10, 2007, are
3 | ADOPTED;
4 | 2. Defendant's motion to dismiss is granted; and
5 | 3. The Clerk is directed to close the case.
6 | DATED: 9/24/2008

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE